_____

No. 96-2149
_____

Freddie Dean Freeman,      *
                             *
        Appellant,        *
                             *
   v.                       * Appeal from the United States
                             * District Court for the
Arkansas Post Prison Transfer   * Eastern District of Arkansas.
Board, Chairman; John Does,    *
                             * {NOT TO BE PUBLISHED}
        Appellees.        *
                         _____

Submitted: August 21, 1996

Filed: September 30, 1996
_____

Before McMILLIAN, LOKEN and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Freddie D. Freeman appeals the district court's[1] dismissal of his complaint alleging a due process violation in parole proceedings. After carefully reviewing the record, we conclude that the dismissal was not an abuse of discretion. Accordingly, we affirm. See 8th Cir. R. 47A.

A true copy.


Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.